951 A.2d 1036

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RICHARD F. BEREZANSKY, DEFENDANT–APPELLANT.

June 23, 2008.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.